NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Chief, General Civil Section
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
      Social Security Administration
      160 Spear Street, Suite 800
      San Francisco, CA  94105
      Telephone: (415) 977-8928
      Facsimile: (415) 744-0134
      Email: Marla.Letellier@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ELICK TODD, | No. 5:18-cv-01384-JEM |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

1

2    The Court having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

3

("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT

4

IS HEREBY ORDERED, ADJUDGED AND DECREED that the above

5

captioned action is remanded to the Commissioner of Social Security for further

6

proceedings consistent with the terms of the Stipulation to Remand.

7

8

9   DATED:  May 09, 2019____                         

10                                       HON. JOHN E. MCDERMOTT
                                    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Proposed Order re Stipulation for Extension of Briefing Schedule

1